# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 98-3047

_____

| | | |
|---|---|---|
| Martin Robert Czeck, | * | |
| | * | |
| Appellant, | * | |
| | * | |
| | * | Appeal from the United States |
| v. | * | District Court for the |
| | * | District of Minnesota |
| United States of America, | * | |
| | * | (UNPUBLISHED) |
| Appellee. | * | |

_____

Submitted: February 12, 1999
Filed: March 29, 1999

_____

Before McMILLIAN, LOKEN, and MURPHY, Circuit Judges.

_____

PER CURIAM.

Martin Robert Czeck appeals from the final judgment entered in the District Court[1] for the District of Minnesota denying his 28 U.S.C. § 2255 motion, in which Czeck argued that the admission of his prior-felony-conviction record substantially prejudiced his criminal trial. Upon careful review of the record and the parties' briefs, we conclude the denial was proper because any error in admitting the conviction

_____

[1]The Honorable James M. Rosenbaum, United States District Judge for the District of Minnesota.

record was harmless given the ample evidence of guilt.  Accordingly, we affirm.  <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.